## IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 5505
SUN PRAIRIE,

        Appellant,

        vs.

BANK OF AMERICA, N.A.,

        Respondent.

No. 74538

**FILED**

OCT 1 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Timothy C. Williams, District Judge
      Charles K. Hauser, Settlement Judge
      Kerry P. Faughnan
      Akerman LLP/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-42459